```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00920
   MITCHELL JACKSON
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-7209


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/16/08 .

    2.  The case was dismissed without confirmation, 04/25/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID
------------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED VEHIC            .00            .00              .00
LAKISHA MCDONALD           CHILD SUPPORT    NOT FILED              .00              .00
STATE DISBURSEMENT UNIT    CHILD SUPPORT    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED              .00              .00
ACCOUNTS RECOVERY BUREAU   UNSECURED        NOT FILED              .00              .00
APPLIED CARD BANK          UNSECURED        NOT FILED              .00              .00
BUR COL RECO               UNSECURED        NOT FILED              .00              .00
BUR COL RECO               UNSECURED        NOT FILED              .00              .00
THE CHICAGO DEPT OF REVE   UNSECURED        NOT FILED              .00              .00
CCA                        UNSECURED        NOT FILED              .00              .00
FIRST PREMIER BANK         UNSECURED        NOT FILED              .00              .00
HARRIS & HARRIS LTD        UNSECURED        NOT FILED              .00              .00
MEDICAL COLLECTIONS        UNSECURED        NOT FILED              .00              .00
NATIONWIDE ACCEPTANCE      UNSECURED        NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED              .00              .00
PROFESSIONAL ACCOUNT MGM   UNSECURED        NOT FILED              .00              .00
RJM ACQUISITIONS LLC       UNSECURED        NOT FILED              .00              .00
RECEIVABLES MANAGEMENT I   UNSECURED        NOT FILED              .00              .00
RECEIVABLES MANAGEMENT I   UNSECURED        NOT FILED              .00              .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID

TRIAD FINANCIAL CORP       UNSECURED        NOT FILED              .00              .00
CITY OF ZION               SECURED                  .00            .00              .00
            Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00          .00           .00            .00
PRINCIPAL PAID           .00           .00          .00           .00            .00
INTEREST PAID            .00           .00          .00           .00            .00
TOTAL PAID               .00           .00          .00           .00            .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
```

and was paid $      16.00    direct and $        .00    through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 00920 MITCHELL JACKSON